UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



JUL 1 2 2000



---

| UNITED STATES OF AMERICA, | CR 00-40056 |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Interstate Domestic Violence |
| QUENTIN BRUGUIER, | 18 U.S.C. §§ 2261(a)(2) and 2261(b) |
| Defendant. | |

---

The Grand Jury charges:

On or about the 23rd day of May, 2000, in the District of South Dakota, in Indian Country, and within the exclusive jurisdiction of the United States, Quentin Bruguier, an Indian, did cause his intimate partner, Michelle Denny, to leave Indian Country by force, coercion, duress, and fraud, and in the course of and as a result of such conduct, did intentionally commit a crime of violence and thereby caused bodily injury to Michelle Denny, in violation of 18 U.S.C. §§ 2261(a)(2) and 2261(b).

A TRUE BILL:

_____
Foreperson

TED L. MC BRIDE
UNITED STATES ATTORNEY

By: _____